1
2
3
4
5
6
7
8          UNITED STATES DISTRICT COURT

9          EASTERN DISTRICT OF CALIFORNIA

10

11   DOUBLAS E. SHANIUK,                    1:06-cv-1562-AWI-DLB-P

12                      Plaintiff,          ORDER ADOPTING FINDINGS AND
          vs.                               RECOMMENDATIONS (Doc. #4)
13
     DIANE B. LINK, Los Angeles Public      ORDER DISMISSING COMPLAINT FOR
14   Defender; JOHN P. LUSKIN,              FAILURE TO STATE A CLAIM
     Ohio State Appointed Counsel, and
15   TERESA T. SULLIVAN,                    ORDER DIRECTING THE CLERK OF
     Los Angeles Deputy District Attorney.  THE COURT TO CLOSE THIS ACTION
16
                      Defendants.           ORDER FINDING PENDING MOTIONS
17   _____/      DENIED AS MOOT (Doc. #10)

18
             Plaintiff Douglas E. Shaniuk ("Plaintiff"), is a state prisoner proceeding pro se and in
19
     forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred
20
     to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.
21
             On November 13, 2006, the Magistrate Judge filed Findings and Recommendations  that
22
     recommended the amended complaint be dismissed without leave to amend for failure to state a
23
     claim.   The Findings and Recommendations were served on Plaintiff and contained notice to
24
     Plaintiff that any objections to the Findings and Recommendations were to be filed within thirty
25
     days.   While Plaintiff asked for more time to file objections, no objections were filed.
26
27
28

                                    1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the court finds the Findings and Recommendations to be supported by the record and by proper analysis.   In this action, Plaintiff is attempting to sue two criminal defense attorneys for civil right violations along with the Deputy District Attorney that apparently prosecuted Plaintiff. State prosecutors are immune from liability under 42 U.S.C. § 1983.  Olsen v. Idaho State Bd. of Medicine, 363 F.3d 916, 922 (9th Cir. 2004).   While criminal defense attorneys are not immune, a civil rights action is not available against them because public defenders are private individuals for purposes of 42 U.S.C. § 1983 and therefore do not act under color of state law.   Polk County v. Dodson, 454 U.S. 312, 325 (1981); Miranda v. Clark County, Nevada, 319 F.3d 465, 468 (9th Cir. 2003).   To the extent Plaintiff is attempting to sue his criminal defense attorneys for legal malpractice, this is a state-law claim for which "there exists no independent basis of federal jurisdiction." See Aragon v. Federated Dept. Stores, Inc., 750 F.2d 1447, 1457-58 (9th Cir.1985).

Based on the foregoing, it is HEREBY ORDERED that:

1.      The Findings and Recommendations, filed November 13, 2006, are ADOPTED;

2.      The complaint is DISMISSED without leave to amend;

3.      The Clerk of the Court is DIRECTED to close this action; All pending motions are denied as moot.

IT IS SO ORDERED.

Dated:    August 4, 2007             _____/s/ Anthony W. Ishii_____
                                     UNITED STATES DISTRICT JUDGE